## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Armstrong Flooring, Inc., *et al.*,[1] | Case No.: 22-10426 (MFW) |
| Debtors. | (Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc., | |
| Plaintiff, | |
| vs. | Adv. No.: 23-50079 |
| Yibin Tianchang Logistics Co., Ltd., | |
| Defendant. | |

### <u>CERTIFICATE OF SERVICE</u>

I, Kara E. Casteel, Esq., hereby certify that on August 27, 2024 a copy of the *Plaintiff's Third Motion for an Order Approving Settlement of An Avoidance Action Pursuant To Fed. R. Bankr. P. 9019* was caused to be served on the following via First Class Mail to the persons on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

Dated: August 27, 2024

**ASK LLP**

*/s/ Kara E. Casteel*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq. MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3846
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*-and-*

**PACHULSKI STANG ZIEHL & JONES LLP**

By:    */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:        bsandler@pszjlaw.com
                   pkeane@pszjlaw.com

*Counsel for Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc.*

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| AHLSTROM MUNKSJO GLASSFIBRE OY | AHLSTROMINTIE 19 | | | | | KOTKA | | 48600 |
| ARDEX ENGINEERED CEMENTS | 400 ARDEX PARK DRIVE | | | | | ALIQUIPPA | PA | 15001 |
| ART GUILD INC | 300 WOLF DRIVE | | | | | WEST DEPTFORD | NJ | 08086 |
| ASK LLP | (COUNSEL TO COLOUR STREAM LTD) | ATTN EDWARD E NEIGER; MARIANNA UDEM | 60 E 42ND ST, 46TH FL | | | NEW YORK | NY | 10165 |
| BALLARD SPAHR LLP | (COUNSEL TO HIGH PROPERTIES, A PA LP) | ATTN LESLIE C HEILMAN; MARGARET A VESPER | 919 N MARKET ST, 11TH FL | | | WILMINGTON | DE | 19801-3034 |
| BANK OF AMERICA | ATTN MATTHEW T OKEEFE | 100 FEDERAL ST | MA5-100-09-12 | | | BOSTON | MA | 02110 |
| BELL NUNNALLY & MARTIN LLP | (COUNSEL TO ADLETEA CORP) | ATTN RUSSELL W MILLS, ESQ | 2323 ROSS AVE, STE 1900 | | | DALLAS | TX | 75201 |
| BIALSON BERGEN & SCHWAB | (COUNSEL TO SALESFORCE.COM INC) | ATTN THOMAS M GAA, ESQ; GAYE NELL HECK, ESQ | 830 MENLO AVE, STE 201 | | | MENLO PARK | CA | 94025 |
| BIFFERATO FIRM PA, THE | (COUNSEL TO SUMMIT TRANSPORTATION/SUMMIT TRUCKING) | ATTN IAN CONNOR BIFFERATO, ESQ | 1007 N ORANGE ST, 4TH FL | | | WILMINGTON | DE | 19801 |
| BOSTIK INC | DEPT CH 19480 | | | | | PALATINE | IL | 60055 |
| BROWN & CONNERY LLP | (COUNSEL FOR SAP AMERICA INC, CONCUR TECHNOLOGIES, | SUCCESS FACTORS INC & ARIBA INC (SAP ENTITIES)) | ATTN DONALD K LUDMAN | 6 NORTH BROAD ST, STE 100 | | WOODBURY | NJ | 08096 |
| BROWN MCGARRY NIMEROFF LLC | (COUNSEL TO GIVENS INC) | ATTN JAMI B NIMEROFF, ESQ | 919 N MARKET ST, STE 420 | | | WILMINGTON | DE | 19801 |
| BUCHALTER, PC | (COUNSEL TO ORACLE AMERICA INC) | ATTN SHAWN M CHRISTIANSON, ESQ | 425 MARKET ST, STE 2900 | | | SAN FRANCISCO | CA | 94105 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO THE HUNTINGTON NATIONAL BANK) | ATTN GEOFFREY G GRIVNER, ESQ | 500 DELAWARE AVE, STE 720 | | | WILMINGTON | DE | 19801 |
| CAMGER COATINGS SYSTEM INC | 364 MAIN STREET | | | | | NORFOLK | MA | 02056 |
| CHARTWELL LAW | (MODERN GROUP LTD) | ATTN JOHN J WINTER, ESQ | 970 RITTENHOUSE RD, STE 300 | | | NORRISTOWN | PA | 19403 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ENCORE INTERNATIONAL INC) | ATTN DANIEL K ASTIN | 1204 N KING ST | | | WILMINGTON | DE | 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ENCORE INTERNATIONAL INC) | ATTN ALBERT CIARDI, III; WALTER GOULDSBURY, III | 1905 SPRUCE ST | | | PHILADELPHIA | PA | 19103 |
| COHEN WEISS & SIMON LLP | (COUNSEL TO UNITED STEELWORKERS, ET AL; INT'L & 2367) | ASSOC OF MACHINISTS & AEROSPACE WORKERS 98 | ATTN RICHARD SELTZER; MELISSA WOODS; MATTHEW STOLZ | 900 THIRD AVE, 21ST FL | | NEW YORK | NY | 10022 |
| COLE SCHOTZ P.C. | (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | ATTN: SETH VAN AALTEN; SARAH A CARNES | 1325 AVENUE OF THE AMERICAS, 19TH FLOOR | | | NEW YORK | NY | 10019 |
| COLE SCHOTZ PC | (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | ATTN JUSTIN R ALBERTO | 500 DELAWARE AVE, STE 1410 | | | WILMINGTON | DE | 19801 |
| COLOUR STREAM LTD | 3F NO 3 SEC 2 RENAI RD | | | | | TAIPEI | | 226017 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD, SUITE 100 | | | | | DOVER | DE | 19904 |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION | CENTRAL OFFICE OF CHIEF COUNSEL | ATTN VERA N KANOVA, ASST COUNSEL | 400 MARKET ST | | | HARRISBURG | PA | 17101-2063 |
| DILWORTH PAXSON LLP | (COUNSEL TO LANXESS, EMERALD KALAMA CHEMICAL) | ATTN PETER C HUGHES, ESQ | ONE CUSTOMS HOUSE, STE 500 | 704 KING ST | | WILMINGTON | DE | 19801 |
| DILWORTH PAXSON LLP | (COUNSEL TO LANXESS; EMERALD KALAMA CHEMICAL) | ATTN PETER C HUGHES; SCOTT J FREEDMAN; JACK SMALL | 1500 MARKET ST, STE 3500E | | | PHILADELPHIA | PA | 19102 |
| DOSHI LEGAL GROUP PC | (COUNSEL TO ORACLE AMERICA INC) | ATTN AMISH R DOSHI, ESQ | 1979 MARCUS AVE, STE 210E | | | LAKE SUCCESS | NY | 11042 |
| EASTMAN CHEMICAL FINANCIAL CORP | 200 S WILCOX DRIVE | | | | | KINGSPORT | TN | 37660 |
| EMERALD KALAMA LLC | 1296 NORTHWEST THIRD | | | | | KALAMA | WA | 98625 |
| ENTWISTLE & CAPPUCCI LLP | (COUNSEL TO GAMCO INVESTORS INC) | ATTN ANDREW J ENTWISTLE | 500 W 2ND ST, STE 1900 | | | AUSTIN | TX | 78701 |
| ENTWISTLE & CAPPUCCI LLP | (COUNSEL TO GAMCO INVESTORS INC) | ATTN JOSHUA K PORTER | 230 PARK AVE, 3RD FL | | | NEW YORK | NY | 10169 |
| EXPEDITORS INTERNATIONAL INC | 519 KAISER DRIVE | | | | | FOLCROFT | PA | 19032 |
| FARNAN LLP | (COUNSEL TO GAMCO INVESTORS & MEXICHEM SPECIALTY | RESINS INC) | ATTN BRIAN E FARNAN; MICHAEL J FARNAN | 919 N MARKET ST, 12TH FL | | WILMINGTON | DE | 19801 |
| FEI GROUP | 811 LIVINGSTON COURT SE, STE A | | | | | MARIETTA | GA | 30067 |
| FISH & RICHARDSON PC | (COUNSEL TO GENPACT UK LTD; GENPACT INT'L INC) | ATTN JEREMY D ANDERSON | 222 DELAWARE AVE, 17TH FL | | | WILMINGTON | DE | 19801 |
| FLAMM WALTON HEIMBACH | (COUNSEL TO PNC EQUIPMENT FINANCE LLC) | ATTN MATTHEW A FOLEY; ROBERT E WALTON | 794 PENLLYN PIKE, STE 100 | | | BLUE BELL | PA | 19422 |
| FLEXPORT INC | 760 MARKET STREET | | | | | SAN FRANCISCO | CA | 94102 |
| FROST BROWN TODD LLC | ATTN MARK A PLATT, ESQ | 2101 CEDAR SPRINGS RD, STE 900 | | | | DALLAS | TX | 75201 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO COLOUR STREAM LTD) | ATTN RONALD S GELLERT | 1201 N ORANGE ST, STE 300 | | | WILMINGTON | DE | 19801 |
| GIVENS INC | 1720 S MILITARY HIGHWAY | | | | | CHESAPEAKE | VA | 23320 |
| GREENBERG TRAURIG LLP | (COUNSEL TO PATHLIGHT CAPITAL, LP) | ATTN JEFFREY WOLF | ONE INTERNATIONAL PLACE, SUITE 2000 | | | BOSTON | MA | 02110 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO PATHLIGHT CAPITAL LP) | ATTN JEFFREY W WOLF, JOSEPH P DAVIS | ONE INTERNATIONAL PLACE, STE 2000 | | | BOSTON | MA | 02110 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO PATHLIGHT CAPITAL LP) | ATTN BRIAN E GREER | ONE VANDERBILT AVENUE | | | NEW YORK | NY | 10017 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO PATHLIGHT CAPITAL LP) | ATTN ANTHONY W CLARK, DENNIS A MELORO | THE NEMOURS BUILDING | 1007 NORTH ORANGE ST, STE 1200 | | WILMINGTON | DE | 19801 |
| HAN RIGID PLASTICS USA LLC | 980 W CIENEGA AVE | | | | | SAN DIMAS | CA | 91773 |
| HAYNES & BOONE LLP | (COUNSEL TO MEXICHEM SPECIALTY RESINS INC) | ATTN CHARLES A BECKHAM, JR; DAVID TRAUSCH | 1221 MCKINNEY ST, STE 4000 | | | HOUSTON | TX | 77010 |
| HONG KONG EDSON TRADING LIMITED | 28 CANTON ROAD TSIM SHA TSUI | | | | | HONG KONG | | 999077 |
| HYUNDAI L & C USA LLC | 1077 CHEONHO-DAERO | | | | | SEOUL | | 5340 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | | PHILADELPHIA | PA | 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20220 |
| J & M TANK LINES INC | ATTN PRESIDENT | 1100 CORPORATE PKWY | | | | BIRMINGHAM | AL | 35238 |
| JACK SHRUM PA | (COUNSEL TO MODERN GROUP LTD) | ATTN J JACSON SHRUM, ESQ | 919 N MARKET ST, STE 1410 | | | WILMINGTON | DE | 19801 |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | (COUNSEL TO RONALD MARK ASSOCIATES) | ATTN RAYMOND M PATELLA | 505 MORRIS AVE | | | SPRINGFIELD | NJ | 07081 |
| JENNER & BLOCK LLP | (COUNSEL TO OFFICIAL COMMITTEE OF NON-REPRESENTED | RETIREES) | ATTN CATHERINE L STEEGE; MELISSA M ROOT; WILLIAM | A WILLIAMS | 353 N CLARK ST | CHICAGO | IL | 60654-3456 |
| JIPYONG LLC | (COUNSEL TO HYUNDAI L&C CORPORATION) | ATTN JINHEE KIM; YONG IK LEE; MARY KOSMAN; | SOMIN JUN | 26F GRAND CENTRAL A | 14, SEJONG-DAERO, JUNG-GU | SEOUL | | 04527 |
| KLOCKNER-PENTAPLAST OF AMER INC | 3585 KLOECKNER RD | | | | | GORDONSVILLE | VA | 22942 |
| KOHNER MANN & KAILAS SC | (COUNSEL TO RIGHT MANAGEMENT INC) | ATTN SAMUEL C WISOTZKEY | WASHINGTON BLDG, BARNABAS BUSINESS CTR | 4650 N PORT WASHINGTON RD | | MILWAUKEE | WI | 53212-1059 |
| LAW FIRM OF RUSSELL R JOHNSON III, PLC | (COUNSEL TO MULTIPLE UTILITIES) | ATTN RUSSELL R JOHNSON, III | 2258 WHEATLANDS DR | | | MANAKIN SABOT | VA | 23103 |
| LAW OFFICES OF SUSAN E KAUFMAN, LLC | (COUNSEL TO UNITED STEELWORKERS; INTERNATIONAL | ASSOC OF MACHINISTS & AEROSPACE WORKERS 98 & 2367) | ATTN SUSAN E KAUFMAN, ESQ | 919 N MARKET ST, STE 460 | | WILMINGTON | DE | 19801 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO TARRANT, SHELBY, & DALLAS COUNTIES) | ATTN LAURIE SPINDLER; TARA GRUNDEMEIER; J TURNER | 2777 N STEMMONS FREEWAY, STE 1000 | | | DALLAS | TX | 75207 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC) | ATTN: R HIRSH, J RENERT, P KHEZRI | 1251 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 |
| MACAULEY LLC | (COUNSEL TO ADLETA CORP) | ATTN THOMAS G MACAULEY | 300 DELAWARE AVE, STE 1018 | | | WILMINGTON | DE | 19801 |
| MAURICE WUTSCHER LLP | (COUNSEL TO WESCO INSURANCE CO) | ATTN ALAN C HOCHHEISER | 23611 CHAGRIN BLVD, STE 207 | | | BEACHWOOD | OH | 44122 |
| MCCARTER & ENGLISH LLP | (COUNSEL TO OXY VINYLS LP) | ATTN KATE ROGGIO BUCK; MATTHEW J RIFINO | RENAISSANCE CENTRE | 405 N KING ST, 8TH FL | | WILMINGTON | DE | 19801 |
| MCGUIRE WOODS LLP | COUNSEL TO BANK OF AMERICA | BRIAN SWETT | 1251 AVENUE OF THE AMERICAS, 20TH FL | | | NEW YORK | NY | 10020-1104 |
| MCGUIREWOODS | (COUNSEL TO PREPETITION ABL AGENT) | ATTN: BRIAN I. SWETT | 1251 AVENUE OF AMERICAS, 20TH FL. | | | NEW YORK | NY | 10020-1104 |
| MCGUIREWOODS | (COUNSEL TO PREPETITION ABL AGENT) | ATTN: K. ELIZABETH SIEG | GATEWAY PLAZA | 800 EAST CANAL STREET | | RICHMOND | VA | 23219-3916 |
| MCGUIREWOODS | (COUNSEL TO PREPETITION ABL AGENT) | ATTN: CASSANDRA A. SHOEMAKER | 2000 MCKINNEY AVENUE, STE 1400 | | | DALLAS | TX | 75201 |

| Name | Attn/Description | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| MCGUIREWOODS | (COUNSEL TO PREPETITION ABL AGENT) | ATTN: JOSEPH A. FLORCZAK | 77 WEST WACKER DRIVE, STE. 4100 | | | CHICAGO | IL | 60601-1818 |
| MEXICHEM SPECIALTY RESINS INC | ATTN GENERAL MGR | 33653 WALKER RD | | | | AVON LAKE | OH | 44012 |
| MICHIGAN DEPT OF TREASURY | ATTN HEATHER L DONALD, ASST ATTORNEY GENERAL | CADILLAC PLACE | 3030 W GRAND BLVD, STE 10-200 | | | DETROIT | MI | 48202 |
| MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | ATTN STEVEN A GINTHER | PO BOX 475 | | | | JEFFERSON CITY | MO | 65105-0475 |
| MONZACK MERSKY & BROWDER PA | (COUNSEL TO WASTE MANAGEMENT) | ATTN RACHEL B MERSKY | 1201 N ORANGE ST, STE 400 | | | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | HERCULES BUILDING | 1313 N. MARKET STREET, SUITE 400 | | | WILMINGTON | DE | 19801 |
| OMNOVA SOLUTIONS INC | 2011 ROCKY RIVER RD | | | | | MONROE | NC | 28110 |
| OXYVINYLS LP | 1950 N STEMMONS FRWY | | | | | DALLAS | TX | 75207 |
| PATHLIGHT CAPITAL, LP | KATIE HENDRICKS, MANAGING DIRECTOR | 100 FEDERAL STREET, FLOOR 20 | | | | BOSTON | MA | 02110 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL | ATTN ERIN C KIM | 1200 K ST, NW | | | WASHINGTON | DC | 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL | ATTN WILLIAM MABRY, IV | 1200 K STREET, NW | | | WASHINGTON | DC | 20005-4026 |
| PORZIO BROMBERG & NEWMAN, PC | (COUNSEL TO THE SAMPLE GROUP INC) | ATTN WARREN J MARTIN, JR | 100 SOUTHGATE PARKWAY | PO BOX 1997 | | MORRISTOWN | NJ | 07962 |
| PORZIO, BROMBERG & NEWMAN, PC | (COUNSEL TO THE SAMPLE GROUP INC) | ATTN CHERYL A SANTANIELLO | 300 DELAWARE AVE, STE 1220 | | | WILMINGTON | DE | 19801 |
| RICHARDS, LAYTON & FINGER, P.A. | (COUNSEL TO PREPETITION ABL AGENT) | ATTN: JOHN H. KNIGHT, | AMANDA R. STEELE, SARAH E. SILVEIRA | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 |
| ROBL LAW GROUP, LLC | (COUNSEL TO FLEXPORT INTERNATIONAL LLC, FLEXPORT CUSTOMS LLC, AND FLEXPORT, INC) | ATTN MICHAEL D ROBL | 3754 LAVISTA RD, STE 250 | | | TUCKER | GA | 30084 |
| RONALD MARK ASSOCIATES | ATTN HOWARD KATUNA, CONTROLLER | 1227 CENTRAL AVE | | | | HILLSIDE | NJ | 07205 |
| ROPES & GRAY LLP | (COUNSEL TO HILCO GLOBAL) | ATTN STEPHEN IACOVO | 1211 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-8704 |
| ROSNER LAW GROUP, THE | (COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC) | ATTN JASON A GIBSON | 824 N MARKET ST, STE 810 | | | WILMINGTON | DE | 19801 |
| SAUL EWING ARNSTEIN & LEHR LLP | (COUNSEL TO PENN COLOR, INC; OFFICIAL COMMITTEE OF NON-REPRESENTED RETIREES) | ATTN LUCIAN B MURLEY; MARK MINUTI; | MONIQUE B DISABATINO | 1201 N MARKET ST, STE 2300 | | WILMINGTON | DE | 19899-1266 |
| SDI INC | ATTN CHIEF FINANCIAL OFFICER | 1414 RADCLIFFE ST, STE 300 | | | | BRISTOL | PA | 17604 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS, FRANCHISE TAX | JOHN G TOWNSEND BLDG | 401 FEDERAL ST, STE 4 | | | DOVER | DE | 19901 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN BANKRUPTCY DEPARTMENT | 200 VESEY ST, STE 400 | | | | NEW YORK | NY | 10281 |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | ATTN BANKRUPTCY DEPARTMENT | 1 PENN CTR | 1617 JFK BLVD, STE 520 | | | PHILADELPHIA | PA | 19103 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE | | | | | WASHINGTON | DC | 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ANDREW CALAMARI, REGIONAL DIRECTOR | BROOKFIELD PLACE, 200 VESEY ST, STE 400 | | | NEW YORK | NY | 10281-1022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO DEBTORS) | ATTN: JOSEPH O. LARKIN & JACQUELINE M. DAKIN | ONE RODNEY SQUARE, 920 N. KING STREET | | | WILMINGTON | DE | 19801 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO DEBTORS) | ATTN: RON E. MEISLER & JENNIFER MADDEN | 155 NORTH WACKER DRIVE | | | CHICAGO | IL | 60606-1720 |
| Smith, Gambrell & Russell, LLP | Counsel to Tibin Tianchang Logistics | ATTN: Elizabeth Janczak, Esq. | 311 South Wacker Drive, Suite 3000 | | | Chicago | IL | 60606 |
| SPECIALTY MINERALS INC | 2800 AYERS AVE | | | | | LOS ANGELES | CA | 90023 |
| SQUIRE PATTON BOGGS LLP | (COUNSEL TO MINERALS TECHNOLOGIES INC) | ATTN PETER R MORRISON, ESQ | 4900 KEY TOWER | 127 PUBLIC SQUARE | | CLEVELAND | OH | 44114 |
| STERLING MEXICO INVESTMENTS LLC | PO BOX 520 | | | | | DENHAM SPRINGS | LA | 70727 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO MINERALS TECHNOLOGIES INC) | ATTN WILLIAM D SULLIVAN, ESQ | 919 N MARKET ST, STE 420 | | | WILMINGTON | DE | 19801 |
| TBL SERVICES INC | 1005 BROOKSIDE ROAD | | | | | ALLENTOWN | PA | 18106 |
| TENENBAUM & SAAS PC | (COUNSEL TO 8621 GEORGIA ASSOCIATES LLC) | ATTN BRADSHAW ROST, ESQ | 4504 WALSH ST, STE 200 | | | CHEVY CHASE | MD | 20815 |
| TEXAS WORKFORCE COMMISSION | ATTN CHRISTOPHER S MURPHY, ASST ATTORNEY GENERAL | C/O SHERRI K SIMPSON | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 |
| THE SAMPLE GROUP NC INC. | 179 MERRIMON AVE | | | | | WEAVERVILLE | NC | 28787 |
| TRONOX LLC | 263 TRESSER BLVD, STE 1100 | | | | | STAMFORD | CT | 06901-3227 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO EPLUS TECHNOLOGY INC) | ATTN DAVID FOURNIER; KENNETH LISTWAK | HERCULES PLAZA | 1313 N MARKET ST, STE 5100 | | WILMINGTON | DE | 19801 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO HILCO GLOBAL) | ATTN DOUGLAS D HERRMANN; MARCY J MCLAUGHLIN SMITH | 1313 N MARKET ST | | | WILMINGTON | DE | 19899-1709 |
| TUCKER ARENSBERG PC | (COUNSEL TO ARDEX ENGINEERED CEMENTS) | ATTN MICHAEL A SHINER, ESQ | 150 ONE PPG PLACE | | | PITTSBURGH | PA | 15222 |
| UNITED STEELWORKERS | ATTN: NATHAN KILBERT, ESQ. | 60 BOULEVARD OF THE ALLIES | ROOM 807 | | | PITTSBURGH | PA | 15222 |
| US TRUSTEE | 844 KING STREET, SUITE 2207 | | | | | WILMINGTON | DE | 19801 |
| VALTRIS SPECIALTY CHEMICALS | 7500 EAST PLEASANT VALLEY RD | | | | | INDEPENDENCE | OH | 44131 |
| WEIR GREENBLATT PIERCE LLP | (COUNSEL TO FLEXPORT INTERNATIONAL, LLC. FLEXPORT CUSTOMS, LLC, AND FLEXPORT, INC.) | ATTN: JEFFREY S. CIANCIULLI | 824 N MARKET STREET, SUITE 800 | | | WILMINGTON | DE | 19801 |
| WHELEHAN LAW FIRM, LLC | (COUNSEL TO ARMSTRONG WORLD INDUSTRIES INC) | ATTN RORY D WHELEHAN | 200 NORTH MAIN ST, STE 301-D | | | GREENVILLE | SC | 29601 |
| WHITE & WILLIAMS LLP | (COUNSEL TO SALESFORCE.COM INC) | ATTN ROCHELLE L GUMAPAC, ESQ | 600 N KING ST, STE 800 | | | WILMINGTON | DE | 19899-0709 |
| WHITE & WILLIAMS LLP | (COUNSEL TO SALESFORCE.COM INC) | ATTN AMY E VULPIO, ESQ | 1650 MARKET ST, 18TH FL | | | PHILADELPHIA | PA | 19103 |
| WIGGIN & DANA LLP | (COUNSEL TO GENPACT UK LTD; GENPACT INT'L INC) | ATTN ANDREW RITTER; MICHAEL L KENNY, JR | 437 MADISON AVE; 35TH FL | | | NEW YORK | NY | 10022 |
| YIBIN TIANCHANG LOGISTICS CO | DIAOHUANLOU ROAD | | | | | YIBIN CITY | | 644000 |
| YIBIN TIANYI NEW MATERIAL | NO 61 WEST SECTION | | | | | YIBIN | | 644000 |
| ZHEJIANG TIANZHEN BAMBOO & WOOD | DEVELOPMENT CO LTD | WELLNESS INDUSTRY PARK | ANJI ECONOMIC DEVELOPMENT AREA | ANJI COUNTY | | ZHEJIANG PROVINCE | | 313300 |